**FILED**

FEB 0 8 2016

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWAN VIEW COALITION, FRIENDS OF THE WILD SWAN, NATIVE ECOSYSTEMS COUNCIL, and ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> CHIP WEBER, Flathead National Forest Supervisor, FAYE KRUEGER, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and UNITED STATES FISH & WILDLIFE SERVICE, an agency of the U.S. Department of the Interior, <br><br> Defendants. | CV 13–129–M–DWM <br><br> ORDER |

The parties having stipulated to attorneys' fees and costs regarding Defendants' motion to lift the injunction as to the Glacier Loon Project,

IT IS ORDERED that the parties' stipulation (Doc. 95) is APPROVED and ADOPTED.

Dated this 8th day of February, 2016.

Donald W. Molloy, District Judge
United States District Court