IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
OCT 16 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| SWAN VIEW COALITION; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHIP WEBER, Flathead National Forest Supervisor; et al., <br><br> Defendants. | CV 13–129–M–DWM <br><br><br> ORDER |

The Ninth Circuit Court of Appeals having remanded this case:

for further proceedings concerning whether the Forest Service plans to conduct harvest activity in the Glacier Loon subunit inconsistent with the restrictions applicable to an inactive unit under the Swan Valley Agreement, and, if so, for consideration whether to issue an injunction requiring the Forest Service to reinitiate Endangered Species Act consultation with the Fish and Wildlife Service with respect to grizzly bears.

(Memo. Disp., Doc. 120 at 8 (Aug. 7, 2019); Mandate, Doc. 121 (Sept. 30, 2019)),

IT IS ORDERED that the Federal Defendants shall file a notice on or before November 1, 2019, addressing whether the Forest Service plans to conduct harvest activity as described above.

DATED this 16 day of October, 2019.

Donald W. Molloy, District Judge
United States District Court