

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWAN VIEW COALITION; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIP WEBER, Flathead National Forest Supervisor; et al.,<br><br>Defendants. | CV 13–129–M–DWM<br><br><br>ORDER |

On August 7, 2019, the Ninth Circuit Court of Appeals remanded this case:

> for further proceedings concerning whether the Forest Service plans to conduct harvest activity in the Glacier Loon subunit inconsistent with the restrictions applicable to an inactive unit under the Swan Valley Agreement, and, if so, for consideration whether to issue an injunction requiring the Forest Service to reinitiate Endangered Species Act consultation with the Fish and Wildlife Service with respect to grizzly bears.

(Memo. Disp., Doc. 120 at 8 (Aug. 7, 2019); Mandate, Doc. 121 (Sept. 30, 2019)).

On October 16, 2019, Federal Defendants were ordered to file a notice addressing whether the Forest Service plans to conduct harvest activity as discussed above.

On October 25, 2019, Federal Defendants did so, indicating that future harvest activities will "utiliz[e] inactive unit restrictions from the Swan Valley Grizzly

1

Bear Conservation Agreement, as specified in project analyses and contract documents." (*See* Doc. 123.)  Having fulfilled the terms of the remand,

IT IS ORDERED that the Clerk is directed to close the case file.

DATED this 1st day of November, 2019.

Donald W. Molloy, District Judge
United States District Court

2